RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Nancy Escobedo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>NANCY ESCOBEDO,<br><br>         Defendant. | Case Number 2:23-mj-00350-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO DISMISS CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Nancy Escobedo, that the that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

This Stipulation is entered into for the following reasons:

1. On August 8, 2023, Ms. Escobedo entered into a Pretrial Diversion Agreement with the United States in which she agreed to pay a fine of $100 and a $10 penalty assessment, complete a Level 2 Traffic Course, not have any

adverse contact with law enforcement for a period of three months, and not visit the Lake Mead Recreational Area for a period of three months.

2.     The government agreed to dismiss the case if the terms of the agreement were met.

3.     Since entering the Pretrial Diversion Agreement, Ms. Escobedo has successfully completed all of the required conditions.

4.     Given that Ms. Escobedo has successfully completed all terms and conditions of her agreement, the parties jointly request that the case be dismissed.

DATED this 2nd day of November, 2023.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Keisha K. Matthews*  
By_____  
KEISHA K. MATTHEWS  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

*/s/ Imani Dixon*  
By_____  
IMANI DIXON  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY ESCOBEDO,<br><br>　　　　Defendant. | Citation No. E1459204<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Ms. Escobedo has successfully completed all terms and conditions of her Pretrial Diversion Agreement.

**ORDER**

IT IS HEREBY ORDERED that the case be dismissed.

DATED this _3_ day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3